UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA WILLIAMS,<br><br>Defendant. | CASE NO. 1:25-cr-37<br><br>JUDGE Cole<br><br>INFORMATION<br><br>18 U. S. C. § 641 |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>
(Theft of Public Money)

From in or about September 2018, and continuing through in or about April 2024, in the Southern District of Ohio, the defendant, **LINDA WILLIAMS**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $106,453.19.

In violation of 18 U.S.C. § 641.

KELLY A. NORRIS
~~KENNETH L. PARKER~~
ACTING UNITED STATES ATTORNEY

_____
TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY